IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

KIRK M. RANDLER, : No. 120 MAP 2023
:
Appellant :
:
:
v. :
:
:
THE PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE, :
:
Appellee :

## ORDER

**PER CURIAM**

    **AND NOW,** this 1st day of April, 2024, the Notice of Appeal is QUASHED. *See* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the [jurisdictional] statement, or fairly comprised therein will ordinarily be considered by the Court").